NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OSRAM GMBH,**
*Appellant*

**v.**

**E. FRED SCHUBERT,**
*Appellee*

---

2015-1620

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00459.

---

**JUDGMENT**

---

CHARLES SANDERS, Latham & Watkins LLP, Boston, MA, argued for appellant. Also represented by WILLIAM M. JAY, Goodwin Procter LLP, Washington, DC.

DANIEL LADOW, Troutman Sanders LLP, New York, NY, argued for appellee. Also represented by JAMES M. BOLLINGER, MAGNUS ESSUNGER, TIMOTHY P. HEATON; JUSTIN BARNES, LARA SUE GARNER, San Diego, CA.

THOMAS W. KRAUSE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor Michelle K. Lee. Also represented by SCOTT WEIDENFELLER, LORE A. UNT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 8, 2016               /s/ Daniel E. O'Toole
     Date                   Daniel E. O'Toole
                            Clerk of Court